```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____            │
│ DATE FILED:   03/31/2026        │
└─────────────────────────────────┘
```

# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL**                     March 30, 2026                     ADMITTED IN NY

*Via ECF; Total Pages: 2*
Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17D
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Conference set for 4/1/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, May 14, 2026, at 3:00 p.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> **03/31/2026**

**RE:**          ***Mekhaeil v. Bleecker Finest Corp. et al***
          **Docket No. 1:26-cv-00111-VSB-KHP**

Dear Judge Parker:

This firm represents Plaintiff Samir Mekhaeil ("Plaintiff") in the above-referenced matter.

Pursuant to the Initial Case Management Conference Order dated January 9, 2026 (ECF No. 4), an Initial Case Management Conference is scheduled for April 01, 2026. The Order requires the parties to conduct a Rule 26(f) conference at least 21 days prior to the Conference, exchange Rule 26(a) initial disclosures no later than 14 days thereafter and file a Proposed Case Management Plan one week before the Conference.

Pursuant to Paragraph I(c) of Your Honor's Individual Practices in Civil Cases, the undersigned respectfully requests an adjournment of the Initial Case Management Conference and a corresponding extension of the related deadlines for the reasons set forth below.

Despite a diligent search, the undersigned has been unable to obtain sufficient identifying information to effect service of process upon the individual defendants Bashier Alcandy and Hamzar Sherham.

Defendant Bleecker Finest Corp. d/b/a Bleecker's Finest Deli ("Defendant") was served through the New York Secretary of State on March 23, 2026, and proof of service was filed on March 26, 2026 (ECF No. 8). The deadline to answer or otherwise respond to the Complaint is specified on the docket as April 13, 2026. To date, Defendant has neither filed an appearance nor otherwise contacted the undersigned.

Under these circumstances, the deadlines tied to the scheduled Initial Case Management Conference have not been met and cannot be complied with in accordance with the Court's January 9, 2026 Order.

The undersigned therefore respectfully requests an adjournment of the Initial Case Management Conference and an extension of the related deadlines to be set by the Court no earlier than as follows:

- Rule 26(f) conference to be held no earlier than April 21, 2026;
- Rule 26(a) initial disclosures to be completed no earlier than May 5, 2026;
- The Proposed Case Management Plan to be filed no earlier than May 5, 2026;
- Initial Case Management Conference to be scheduled no earlier than May 12, 2026.

There have been no prior requests for an adjournment of the Initial Case Management Conference or extension of any related deadlines, and the requested relief will not affect any other scheduled appearances or deadlines.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

___/s/ Michael Samuel___
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiff*