**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SAMIR MEKHAEIL,

                              Plaintiff,

                  -against-

BLEECKER FINEST CORP, et al.,

                           Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/22/2026__
```

**26-CV-111 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 16, 2026, Defendants filed a letter providing the Court with an update on the status of discovery.  Defendants represent that they served their discovery requests on June 15, 2026, though have not received Plaintiff's discovery requests.  Initial disclosures have not been exchanged by either party.  The Parties are directed to comply with the discovery deadlines set by the Court and file another update by July 1, 2026 informing the Court on whether initial disclosures have been made and what other progress, if any, has been made on discovery.

        **SO ORDERED.**

DATED:      New York, New York
             June 22, 2026

                                             _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge