USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SAMIR MEKHAEIL,

Plaintiff,

-against-

BLEECKER FINEST CORP, et al.,

Defendants.

-----------------------------------------------------------------X

**26-CV-111 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 17, 2026, the parties appeared before the undersigned for a case management conference. As stated on the record, the parties shall file a joint status letter by **October 17, 2026**, updating the Court on the status of discovery and indicating whether they wish to schedule a settlement conference in this matter.

If the parties anticipate filing dispositive motions, they shall also so indicate in the joint status letter and propose a briefing schedule for such motions.

**SO ORDERED.**

DATED: New York, New York
September 17, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge